hidden in the house occupied by the defendant and his common-law wife.

We find no error in the trial court's finding that the search and seizure and admissibility of evidence and testimony pertaining to it was constitutional and legal. The trial court's per curiam sets forth one factual basis for this finding to the effect that even though the police entry into the dwelling was without a search warrant, permission was granted to enter the house by the woman with whom the defendant was living.

It is clear the common-law wife had authority over the house at the time of the search, and her consent to the search is valid. See Coolidge v. New Hampshire, 403 U.S. 443, 91 S.Ct. 2022, 29 L.Ed.2d 564 (1971); State v. Nelson, 261 La. 153, 259 So.2d 46 (rendered Feb. 21, 1972). See also State v. Andrus, 250 La. 765, 199 So.2d 867 (1967); State v. Comeaux, 252 La. 481, 211 So.2d 620 (1968).

The question of consent is a factual one which the evidence amply supports in this instance. Such a factual determination by the trial judge is given great weight and will not be disturbed upon appeal unless clearly erroneous. State v. Hall, 257 La. 253, 242 So.2d 239 (1970); State v. Lacoste, 256 La. 697, 237 So.2d 871 (1970).

For these reasons, we find the defendant-appellant's contentions to be without merit. The conviction and the sentence are affirmed.

259 So.2d 55

**STATE of Louisiana**

**v.**

**Robert Lee WILLIAMS.**

**No. 51652.**

March 8, 1972.

Roy L. Wood, for defendant-appellant.

Jack P. F. Gremillion, Atty. Gen., Harry H. Howard, Asst. Atty. Gen., Leonard E. Yokum, Dist. Atty., William M. Quin, Asst. Dist. Atty., for plaintiff-appellee.

PER CURIAM.

The defendant, Robert Lee Williams, appeals from a conviction of attempted

murder, La.R.S. 14:27, 14:30, for which he was sentenced to twenty years imprisonment in the state penitentiary.

The defendant perfected no bills of exceptions. We are therefore limited on appeal to a review of the pleadings and proceedings for discoverable error. La.C.Cr. P. art. 920; State v. Ash, 257 La. 337, 242 So.2d 535 (1971). We find none.

The conviction and sentence are affirmed.